# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00500-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JEREMY PADIA,

    Defendant.

## MINUTE ORDER[1]

On January 21, 2010, the court conducted a telephonic setting conference. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Change of Plea hearing is set for **February 18, 2010**, at 2:30 p.m.;

2. That the U.S. Marshal shall assist in securing the appearance of the defendant for the Change of Plea hearing.

Dated:  January 21, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.