# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00500-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEREMY PADIA,

    Defendant.

---

## MINUTE ORDER[1]

---

On March 4, 2010, the court conducted a telephonic setting conference to set the trial preparation conference and jury trial. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That the Trial Preparation Conference is set for **May 7, 2010**, at 8:30 a.m.;

2. That the jury trial shall commence on **May 10, 2010**, at 8:30 a.m.; counsel and the defendant shall appear in courtroom A1001 on the first day of trial at 8:00 a.m., to review the Trial Checklist with the courtroom deputy clerk;

3. The court's **Trial Preparation Conference Order** [#13] entered February 12, 2009, is amended accordingly to the limited extent necessary to facilitate and implement this order; and

4. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for these hearings.

Dated: March 4, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.